No. 46,602

DR. JOHN E. FIESER, *Appellant,* v. STATE FARM MUTUAL AUTO-
MOBILE INSURANCE COMPANY, A Corporation, *Appellee.*

(502 P. 2d 837)

Opinion filed November 4, 1972.

*Terry O'Keefe,* of Kidwell, O'Keefe, Williamson & Moran, Chartered, of
Wichita, was on the brief for the appellant.

*Jerry G. Elliott* and *Robert L. Howard,* of Foulston, Siefkin, Powers &
Eberhardt, of Wichita, were on the brief for the appellee.

*Per Curiam:* The appellant was paid by the defendant insurance
company the amount of medical benefits available on account of
injury sustained while occupying the Pontiac automobile covered
by a liability insurance policy and described in the policy as the
"Owned Motor Vehicle."

The appellant had separate liability insurance policies with the
defendant company with similar medical benefit provisions covering
two other automobiles which he owned. His total medical expenses
were more than the amount received from the insurance on the
occupied vehicle. He sues to recover the balance on the strength
of the other policies.

The trial court denied the claim, holding that the language of the
policies was clear and unambiguous in excluding liability except
for injuries sustained while occupying the "Owned Motor Vehicle"
as defined in the policies.

Appellant relies on *Lavin v. State Farm Mutual Automobile Ins.
Co.,* 193 Kan. 22, 391 P. 2d 992, and other decisions. While this
appeal was pending this court handed down its decision in *Simpson
v. KFB Insurance Co., Inc.,* 209 Kan. 620, 498 P. 2d 71, denying
recovery for medical expenses under policy provisions like those
involved here and distinguishing the *Lavin* case.

*Simpson v. KFB Insurance Co., Inc.,* supra, supports the trial
court's judgment and is controlling in the disposition of this appeal.
The judgment of the trial court is affirmed.